STEFANIE LASKOWSKI and Another, Respondents, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

RUTH A. E. LINDQUIST, Appellant, Respondent, v. JOSEPH DANZIGER, Respondent, Appellant.— Order vacating order of arrest upon condition and canceling undertaking affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ., concur.

WILLIAM H. LOCKWOOD, Respondent, v. HENRY HUGHES, Doing Business under the Firm Name and Style of HENRY HUGHES COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

THE NATIONAL CITY BANK OF NEW YORK, Appellant, v. AUDLEY CLARKE, Respondent.— Order denying plaintiff's motion for total or partial summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Scudder and Tompkins, JJ., concur; Carswell, J., not voting.

NEON LIGHT COMPANY, INC., Respondent, v. COSMOPOLITAN PLAYHOUSE, INC., and Others, Appellants.— Order denying defendants' motion to dismiss the complaint for lack of prosecution reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Plaintiff failed to excuse satisfactorily its extreme delay in bringing the case to trial. The appeal from the order denying defendants' motion for reargument of above motion and the appeal from the order denying their motion to strike the case from the Trial Term calendar are dismissed, without costs. Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ., concur.

NEW YORK LIFE INSURANCE COMPANY, Plaintiff, v. PETER IPPOLITO and Others, Defendants, Impleaded with PROSPERO TESTAI and Another, Appellants. HOWARD L. CAMPION, Receiver, Respondent.— Order directing appellants to attorn to receiver, fixing rents and directing payment reversed on the law, without costs, and matter remitted to the Special Term to take proof as to the bona fides of the arrangement made between the tenants and the mortgagor. No opinion. Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ., concur.